*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

ROBERT JERRY MILES,

        Defendant-Appellant.

UNPUBLISHED
June 24, 2021

No. 343800
Ingham Circuit Court
LC No. 16-000986-FC

ON REMAND

Before: MURRAY, C.J., and FORT HOOD and SHAPIRO, JJ.

SHAPIRO, J. (*concurring*).

I concur in full as to the sentencing issues. I concur as to the matter of court costs because I am bound by *People v Johnson*, ___ Mich App ___; ___ NW2d ___ (2021) (Docket No. 351308). However, I disagree that MCL 769.1k(1)(b)(*iii*) is constitutional for the reasons set forth in my dissenting opinion in that case.

        /s/ Douglas B. Shapiro